**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHRISTOPHER EARL STRUNK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-2234 (RJL) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

February **15**, 2012 [Dkt. # 50, 52]

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's Notice of Motion for Reconsideration []by Leave to File a

Motion for Vaughn Index [Dkt. #50] is DENIED. It is

FURTHER ORDERED that the defendant's Motion for Summary Judgment [Dkt. #52] is

GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. It is

FURTHER ORDERED that, within 45 days of entry of this Order, the defendants shall

file a renewed motion for summary judgment with respect to the information withheld under

Exemption 7(E).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge